UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HOWARD HOLLAND<br>(TDCJ No. 1914814), | )<br>) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION NO. |
| | ) | |
| VS. | ) | 3:15-CV-2344-G (BN) |
| | ) | |
| WILLIAM STEPHENS, Director, Texas<br>Department of Criminal Justice,<br>Correctional Institutions Division, | )<br>)<br>) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. After receiving a copy of the FCR, the petitioner paid the necessary filing fee. This action renders both the motion for leave to proceed *in forma pauperis* (docket entry 4) and the FCR (docket entry 5) **MOOT**. The court instructs the clerk to submit this case back to the magistrate judge for further proceedings.

   **SO ORDERED**.

August 13, 2015.

                                                  _____
                                                  A. JOE FISH
                                                  **Senior United States District Judge**